IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 02-20146-Ma

EULIBES CRUZ,

    Defendant.

---

ORDER RESETTING RE-SENTENCING DATE

---

    Before the court is the defendant's August 29, 2005, motion to reset the re-sentencing of Eulibes Cruz, which is presently set for September 1, 2005. For good cause shown, the motion is granted. The sentencing of defendant Eulibes Cruz is **reset to Tuesday, October 4, 2005, at 9:00 a.m.**

    It is so ORDERED this 31st day of August, 2005.

                                             SAMUEL H. MAYS, JR.
                                             UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:02-CR-20146 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT